**Order entered August 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00148-CR

**MICHAEL ERIC PENNINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82879-2016**

## ORDER

The clerk's record, filed May 31, 2018, shows that court reporters Susan Maienschein, and Tonya Lebo filed Deputy Reporter Statements that they were court reporters on January 25, 2018 and January 29, 2018 respectively. The record also shows that appellant, who was found to be indigent, notified court reporter Kim Tinsley and court coordinator Kim Quillin on February 10 and court reporters Susan Maienschein, and Tonya Lebo on February 16 of his request for the reporter's record in this appeal. The reporter's record was due June 12, 2018. When it was not timely filed, we notified reporters Susan Maienschein, Tonya Lebo, and Kim Tinsley by postcard dated June 15, 2018 that the record was overdue. We instructed them to file, by July 16, the reporter's record. To date, the reporter's record has not been filed and no court reporter has communicated with this Court.

We **ORDER** court reporters Susan Maienschein, Tonya Lebo, and Kim Tinsley to file, within **TWENTY DAYS** of the date of this order, the complete reporter's record in the above appeal. We caution Susan Maienschein, Tonya Lebo, and Kim Tinsley that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that the court reporters not sit until the complete reporters record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; Kim Tinsely, official court reporter, 401st Judicial District Court; Susan Maienschein, deputy court reporter, 401st Judicial District Court; Tonya Lebo, deputy court reporter, 401st Judicial District Court; and to counsel for all parties.

/s/    LANA MYERS  
        JUSTICE